# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Hugh Campbell  Cr.: 12-00593-001
PACTS #: 63033

Name of Sentencing Judicial Officer:  THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/26/2013

Original Offense: Felon in Possession of a Firearm

Original Sentence: 45 months imprisonment, 3 years supervised release, $100 special assessment

Special Conditions: Gang Restriction, DNA testing

Type of Supervision: Supervised Release  Date Supervision Commenced: 08/17/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 14, 2017, Campbell was arrested by the Irvington Police Department and charged with criminal mischief following an argument with his girlfriend. Specifically, Campbell kicked open the front door to his apartment after being locked out by his girlfriend. |
| | On April 19, 2017, the above charge was dismissed at the Irvington Municipal Court. |

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts with the offender. Campbell remains gainfully employed, has tested negative for drug use, and is enrolled in our MRT (Moral Recognition Therapy) Program. In addition, the offender and his girlfriend are currently attending counseling through their church. Our office recommends withholding Court action at this time. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

*Anthony J. Nisi*

By: Anthony J Nisi
 U.S. Probation Officer
Date: 04/24/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] No Formal Court Action to be Taken at This Time
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

_____
April 24, 2017
Date